## J. H. KARTACK CO. *v.* UNITED STATES

No. 4910.—Invoices dated Tokyo, Japan, October 15, 18, 25, 1935.
Certified October 18, 19, 26, 1935.
Entered at St. Paul, Minn., November 15, 23, 25, 1935.
Entry Nos. A 241, A 254, A 255.

(Decided May 13, 1940)

*G. W. R. Wallace* (*Barnes, Richardson & Colburn, Joseph Schwartz* of counsel) for the plaintiff.

*Webster J. Oliver,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

BROWN, Judge: These appeals to reappraisement have been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are the invoiced unit prices. Judgment will be rendered accordingly.